HENRY HEILBRUNN et al., as Executors of LOUIS HEIL-
BRUNN, Deceased, Respondents, *v.* NELSON S. KELLOGG,
as Executor of HOMER F. KELLOGG, Deceased, Appel-
lant, Impleaded with Others.

Submitted November 21, 1938; decided November 29, 1938.

*Samuel H. Block* for motion.
*Milton R. Friedman* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, unless appellant files and
serves undertaking on appeal and pays ten dollars costs
within ten days, in which event the motion is denied.